UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOLANGE BOLDUC ) | CASE NO.: |
| GHISLAIN BOLDUC ) | 3:03CV0507(CFD) |
|    Plaintiffs ) | |
| ) | STIPULATION FOR |
| v. ) | |
| ) | DISMISSAL |
| GEORGE HARTE NISSAN, INC. ) | |
|    Defendant ) | |
| ) | FEBRUARY 17, 2004 |

     The plaintiffs, Solange Bolduc and Ghislain Bolduc, through their attorney Daniel S. Blinn and the defendant George Harte Nissan, Inc., through its attorney Kevin J. Greene, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs subject to approval of the Court.

                              PLAINTIFFS, Solange Bolduc and Ghislain Bolduc

Date: _____     By: _____
                                Daniel S. Blinn, ct02188
                                Consumer Law Group, LLC
                                P. O. Box 1039   2138 Silas Deane Highway
                                Rocky Hill, Connecticut 06067-9997
                                Tel. (860) 571-0408  Fax (860) 571-7457

                                DEFENDANT, George Harte Nissan, Inc.

Date: _____     By: _____
                                Kevin J. Greene, Esq.
                                Halloran & Sage, LLP
                                One Goodwin Square
                                225 Asylum Street
                                Hartford, CT 06103

**CERTIFICATION OF SERVICE**

  This is to certify that a copy of the foregoing Stipulation to Dismissal was mailed, via first class mail, postage prepaid, this ___ day of February 2004, to all counsel as follows:

Kevin J. Greene, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                _____
                Daniel S. Blinn