```
UNITED STATES DISTRICT COURT

DISTRICT  OF  CONNECTICUT
```

Solange Bolduc & Ghislain Bolduc

V.                              Case Number:  3:03CV507(CFD)

George Harte Nissan, Inc.

**Stipulation for Dismissal**

Doc. # **12**

**ORDERED ACCORDINGLY.**


   Dated at Hartford, Connecticut, February 23, 2004.


                  KEVIN F. ROWE, CLERK


          By:   /s/ JW
                Jo-Ann Walker
                Deputy Clerk